Freda OSBORN and David Knifong, Appellants,

v.

HAWTHORN BANK, Respondent.

No. WD 74997.

Missouri Court of Appeals, Western District.

June 25, 2013.

Jeffery T. Adams, Clinton, MO, for appellant.

James E. Brady, III, Blue Springs, MO, for respondent.

BEFORE DIVISION TWO: KAREN KING MITCHELL, Presiding Judge, THOMAS H. NEWTON and LISA WHITE HARDWICK, Judges.

### ORDER

PER CURIAM.

Freda Osborn and David Knifong (collectively "Appellants") appeal from the circuit court's judgment dismissing with prejudice their Petition for Damages against Hawthorn Bank for failure to state a claim upon which relief could be granted. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).